1
2
3                                                                JS-6
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
10

11 | CARLOS LARA,                    ) Case No: 2:24-cv-07207-JC
12 |                                 )
            Plaintiff,               )
13 |                                 ) **JUDGMENT**
14 |       v.                        )
                                     )
15 | CAROLYN COLVIN,                 )
16 | Acting Commissioner of Social   )
   | Security,                       )
17 |                                 )
                                     )
18 |        Defendant.
19

20      The Court hereby approves the parties' Stipulation to Voluntary Remand

21 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

22 ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY

23 ORDERED, ADJUDGED AND DECREED that the above-captioned action is

24 ///

25

26 ///

27

28
   ///

1

1  remanded to the Commissioner of Social Security for further proceedings
2  consistent with the Stipulation of Remand and that Judgment is entered in favor of
3  Plaintiff and against Defendant.
4  DATED:   December 20, 2024

/s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE